■ In the Matter of BARON's OF NYACK, INC., Respondent, v DOMINICK YACOPINO, as Village Assessor of the Village of Nyack, et al., Appellants.— In a proceeding to review certain assessments upon real property, the appeal is from two judgments of the Supreme Court, Rockland County, entered June 10, 1974 and June 14, 1974, respectively, which, *inter alia,* reduced the assessment on petitioner's property and confirmed the referee's report. Appeal dismissed, with $20 costs and disbursements. A judgment made on default is not reviewable (CPLR 5511; *Bishop v Gilmore,* 30 AD2d 696). However, we have examined the record and have considered appellant's contentions. If we were not dismissing the appeal, we would affirm the judgments. Hopkins, Acting P. J., Martuscello, Latham, Cohalan and Brennan, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property for York College Urban Renewal Stage I, in the Borough of Queens. AUTO STOP SUPER MARKET, INC., Respondent.—On this appeal from so much of the fifth, separate and partial final decree of the Supreme Court, Queens County, dated February 14, 1974, as contains an award for Damage Parcel No. 57, the attorneys for the respective parties have entered into a memorandum agreement dated February 27, 1975, at a conference held in this court on that day, agreeing that the decree be modified as set forth in said memorandum and have also entered into a further stipulation to the same effect dated April 9, 1975. In accordance with the foregoing, said decree is modified by reducing the fee award for Damage Parcel No. 57 from $75,200 to $51,000, plus interest thereon, subject to prior partial payments of award and subject to all taxes and other lawful charges, if any, due and unpaid when title vested in the City of New York. As so modified, decree affirmed insofar as appealed from, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.